

<div style="float:left">PHILIP J. DEVLIN
CLERK OF COURT</div>

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
501 West Fifth Street, Suite 1100
Austin, Texas  78701**

<div style="float:right">ANNETTE FRENCH
CHIEF DEPUTY</div>

**August 28, 2025**

RE:  Network System Technologies, LLC v. Qualcomm Incorporated et al

   1:25-cv-01367-ADA-DH (Severed from Case No. 1:22-cv-01331-ADA-DH )

Dear All Counsel:

Please be advised that certain parties and/or claims have been severed from 1:22-cv-01331-ADA-DH pursuant to an Order entered by Judge Alan D Albright on 08/22/2025.

The new cause is styled, Network System Technologies, LLC v. Qualcomm Incorporated et al, and is proceeding under cause number 1:25-cv-01367-ADA-DH.  The judge assigned to this case is the Honorable Alan D Albright.  The case is referred to Magistrate Judge Dustin Howell.

If you have any questions, please feel free to contact our office.


Sincerely,

CR

Deputy Clerk